# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Deon Sinkfield, Jr | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 23-cv-03551-ADM-DJF |
| Quasi Corporation of America, Etc, The | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Date: 12/12/2023                                                                                        KATE M. FOGARTY, CLERK